```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02539
    WILLIE RANDLE JR
    JOYCE RANDLE                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-8984      SSN XXX-XX-4748

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/15/2006 and was confirmed 05/01/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00             .00             .00
ILLINOIS TITLE LOANS      SECURED             793.53             .00          793.53
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      1284.15             .00         1284.15
ALTDEBTPORT               UNSEC W/INTER          .00             .00             .00
AT&T CREDIT MANAGEMENT    UNSEC W/INTER          .00             .00             .00
CAPITAL ONE               UNSEC W/INTER       257.01           12.58          257.01
CAPITAL ONE               UNSEC W/INTER       237.10           11.59          237.10
DEPENDON COLLECTION SE    UNSEC W/INTER          .00             .00             .00
EXXON MOBILE              UNSEC W/INTER          .00             .00             .00
PREMIER BANCARD CHARTER   UNSEC W/INTER       350.25           17.09          350.25
HARRIS                    UNSEC W/INTER          .00             .00             .00
MCI                       UNSEC W/INTER          .00             .00             .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER          .00             .00             .00
RNB TARGET                UNSEC W/INTER          .00             .00             .00
SPRINT PCS CUSTOMERS CAR  UNSEC W/INTER          .00             .00             .00
NCO FINANCIAL             UNSEC W/INTER       202.00            9.90          202.00
RECOVERY MANAGEMENT SYST  UNSEC W/INTER       191.28            7.15          191.28
LEGAL HELPERS PC          DEBTOR ATTY       2,400.00                             .00
TOM VAUGHN                TRUSTEE                                             190.93
DEBTOR REFUND             REFUND                                            1,245.44

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,810.00

PRIORITY                                             .00
SECURED                                         2,077.68
UNSECURED                                       1,237.64
    INTEREST                                       58.31
ADMINISTRATIVE                                       .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 02539 WILLIE RANDLE JR & JOYCE RANDLE
```

```
TRUSTEE COMPENSATION                                        190.93
DEBTOR REFUND                                             1,245.44
                                    ----------------  ----------------
TOTALS                                     4,810.00         4,810.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
      CASE NO. 06 B 02539 WILLIE RANDLE JR & JOYCE RANDLE